IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO 13-03934/BKT |
| JOHANNA NIEVES FLORES | CHAPTER 13 |
| DEBTOR | |

### DEBTORS' REPLY TO *MOTION REQUESTING DISMISSAL* DOCKET NO. 71

TO THE HONORABLE COURT:

**COMES NOW, JOHANNA NIEVES FLORES,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

**1.** Reliable Financial Services, Inc. ("Reliable") filed a *Motion Requesting Dismissal*, dated January 24, 2018, Docket No. 71, in the above captioned case.

**2.** Debtor hereby respectfully submits evidence which shows that debtor made payment in the amount of $1,206.45, which payment cures any and all arrears with Reliable Financial Services. Attached is evidence of Payment.

**WHEREFORE** the Debtor respectfully prays that Reliable motion requesting dismissal for failure to make current Plan payments, Docket No. 71, be denied.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; Carlos Perez Pastrana, Esq., Counsel for Reliable Financial Services, Inc., and also certify that I have mailed by United States Postal Service copy of this motion to the following non-participant: Debtor, Johanna Nieves Flores, HC 06 Box 70922, Caguas, PR 00725, in the above captioned case.

Page – 2-
Debtors' Reply to Motion Requesting Dismissal
Case no. 13-03934/BKT13

   **RESPECFULLY SUBMITTED.** In San Juan, Puerto Rico, this 13th day of February, 2018.

            /s/***Roberto Figueroa Carrasquillo***
            USDC #203614
            RFIGUEROA CARRASQUILLO LAW OFFICE PSC
            PO BOX 186 CAGUAS PR 00726-0816
            TEL 787-744-7699 FAX 787-746-5294
            EMAIL: rfigueroa@rfclawpr.com

From: "Johanna Nieves" <jnieves@uprparking.com>
Date: Monday, February 12, 2018 9:51 AM
To: <dimaris@fslawpr.com>
Subject: FW: Payment Confirmation

**From:** Johanna Nieves [mailto:nievesj69@gmail.com]
**Sent:** Monday, February 12, 2018 8:59 AM
**To:** Noel Carrasquillo <noelortiz.nc@gmail.com>; Johanna Nieves <jnieves@uprparking.com>
**Subject:** Fwd: Payment Confirmation

---------- Mensaje reenviado ---------
De: <noreply@evertecinc.com>
Fecha: El lun, 12 de feb. de 2018 a las 8:50 a. m.
Asunto: Payment Confirmation
Para: <nievesj69@gmail.com>

Reference Number: **8c48ac24fab66b7**

Save or print the following information as evidence of payment.

| Merchant: | Account: | Email: | Amount Paid: |
|---|---|---|---|
| **Reliable Financial** PO BOX 21382 San Juan, PR 00928-1382 | 063187199 | nievesj69@gmail.com | $ 1206.45 |

| Transaction Date | Authorization # | Client | Payment Method | Description of Payment |
|---|---|---|---|---|
| 2/12/2018 8:50:47 AM | 194858 | johanna nieves flores | Tel Checking (******7098) | Paid by Phone |

--
Sent from Gmail Mobile

2/12/2018