## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE: **JOHANNA NIEVES FLORES** xxx–xx–6734 Debtor(s) | Case No. **13–03934 BKT** Chapter **13** **FILED & ENTERED ON 5/21/18** |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: for authorization to retain 2017 tax refund filed by debtor, docket #76, 79.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, May 21, 2018 .

Brian K. Tester
United States Bankruptcy Judge